IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:93-CR-40-2H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERVEUS HYPPOLITE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for reconsideration of this court's February 23, 2016, order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence based on the retroactive crack cocaine guideline amendment. The court has carefully considered defendant's motion, as well as the record in this matter, and finds no reason to alter or amend its order. Therefore, the court DENIES defendant's motion [DE #24] and reaffirms its order of February 23, 2016.

This 14th day of April 2016.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26