UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Criminal No. 4:93-CR-40-2H
Civil No. 4:18-CV-101-H

TERVEUS HYPPOLITE,          )
                            )
              Petitioner,   )
                            )
        v.                  )                    ORDER
                            )
UNITED STATES OF AMERICA,   )
                            )
              Respondent.   )


Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing

§ 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant

to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as

appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct

Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED.  This ⁵ day of February, 2019.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE