# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br> Terveus Hyppolite <br><br> Date of Original Judgment: August 2, 1994 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 4:93-CR-40-2H <br> USM No: 14514-056 <br><br> Sherri Alspaugh <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a modification of an imposed term of imprisonment to the extent otherwise expressly permitted by statute and as provided by Section 404 of the First Step Act of 2018, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  life  months **is reduced to**  240 months on Count 1; .

*(Complete Parts I and II of Page 2 when motion is granted)*

324 months on Count 9, concurrent; and 60 months, consecutive, on Count 10, which produces a total term of 384 months. The term of supervised release in Count 1 is reduced to 3 years, concurrent with the 5-year term in Count 9, and 3-year term in Count 10.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

Except as otherwise provided, all provisions of the judgment(s) dated August 2, 1994, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 4/21/20

*Judge's signature*

Effective Date:  
*(if different from order date)*

Malcolm J. Howard   Senior U.S. District Judge  
*Printed name and title*